UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD AKERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV2022 HEA |
| ) | |
| RSC EQUIPMENT RENTAL, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court having been advised by the ADR Compliance Report [#40] that this action has been settled,

**IT IS HEREBY ORDERED** the April 4, 2012 trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 2nd day of June, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE