IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDWARD AKERS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 4:09-cv-2022 - HEA ) |
| RSC EQUIPMENT RENTAL, INC., | ) ) ) |
| Defendants. | ) |

## ORDER

The Court, having considered the Stipulated Motion to Dismiss with Prejudice filed by Plaintiff Edward Akers ("Akers") and Defendant RSC Equipment Rental, Inc. ("RSC) (collectively, "the parties"), and pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the Complaint filed by Akers in the above-captioned action, and all of the claims stated therein, are dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

DATED this 29th of June, 2011.

_____
Henry Edward Autrey
United States District Judge